JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANNETTE GRIND,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **ALLIED INTERSTATE LLC,** and DOES 1-20**,** <br><br> Defendant. | Case No. 2:15-cv-06642-MWF-KLS <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

Dated this 7th day of December, 2015.

_____
The Honorable Michael W. Fitzgerald

Order to Dismiss - 1